IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THELECIA TILLMAN-WILLIAMS, | : | CIVIL ACTION |
| AS ADMINISTRATRIX OF THE | : | |
| ESTATE OF ROGER COTTMAN, | : | No. 23-3009 |
| DECEASED | : | |
| | : | |
| v. | : | |
| | : | |
| SOUTHEASTERN PENNSYLVANIA | : | |
| TRANSPORTATION AUTHORITY | : | |

**ORDER**

AND NOW, this 3rd day of October, 2023, for the reasons stated in the accompanying Memorandum, it is ORDERED:

1. Defendant Southeastern Pennsylvania Transportation Authority's Motion to Dismiss Count II (ECF No. 2) is GRANTED with prejudice;

2. This case is REMANDED to the Philadelphia County Court of Common Pleas; and

3. The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:


  /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.